IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J. CHRISTOPHER THOMAS,<br>Individually and as Trustee of<br>U/A/W J. Christopher, Settlor,<br><br>          Plaintiff,<br><br>          V.<br><br>VISTA A&S 2006-1 LLC, a<br>Nebraska limited liability company,<br>VISTA OIL & GAS, INC., a<br>Colorado corporation, and the initial<br>member of Vista A&S 2006-1 LLC,<br>DAVID M. NICKLAS, for purposes<br>of R.R.S. Neb., Chap. 8, Art. 11, 8-<br>1118(3), a person directly or<br>indirectly in control of Vista A&S<br>2006-1 LLC, and CLARK R.<br>NICKLAS, for purposes of R.R.S.<br>Neb., Chap. 8, Art. 11 8-1118(3), a<br>person directly or indirectly in<br>control of Vista A&S 2006-1 LLC,<br><br>          Defendants. | 4:09CV3143<br><br>MEMORANDUM AND ORDER |

  IT IS ORDERED that the parties' joint motion and stipulation, (filing no. 12), is granted, and

> 1) The defendants' response to plaintiff's complaint shall be filed on or before October 2, 2009;
>
> 2) The defendants have accepted service and shall not move to dismiss or otherwise object on the grounds of inadequacy or insufficiency of service; and

3)      Any response by the plaintiff to defendants' responsive pleadings shall be filed on or before thirty days after service of defendants' responsive pleadings.

DATED this 16th day of September, 2009.

> BY THE COURT:
>
> *Richard G. Kopf*
> United States District Judge