IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| J. CHRISTOPHER THOMAS, Individually and as Trustee of U/A/W J. Christopher, Settlor, | ) ) ) ) | 4:09CV3143 |
| Plaintiff, | ) ) | |
| v. | ) ) | MEMORANDUM AND ORDER |
| VISTA A&S 2006-1 LLC, et. al., | ) ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation, (filing no. 37),

IT IS ORDERED:

1) Plaintiffs' response to the defendants' Motion to Dismiss and for a More Definite Statement, (filing no. 30), and defendants' Motion to Strike Plaintiffs' Jury Demand, (filing no. 32), shall be filed on or before December 7, 2009.

2) Defendants' Motion to Stay Discovery and for Modification of the Final Progression Order, (filing no. 35), is granted. Discovery and any deadlines set forth in the Final Progression Order for this case, (filing no. 26), are stayed pending a ruling on defendants' Motion to Dismiss and for a More Definite Statement, (filing no. 30).

DATED this 30th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge