IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| J. CHRISTOPHER THOMAS, | ) | |
| Individually and as Trustee of U/A/W J. | ) | |
| Christopher, Settlor, | ) | |
| | ) | 4:09CV3143 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| VISTA A&S 2006-1 LLC, et. al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1) The parties' joint motion for a continuance, (filing no. 88), is granted.

2) The pretrial conference previously scheduled for August 26, 2010, and the trial scheduled to commence before the Honorable Richard G. Kopf on September 20, 2010 (see filing nos. 26 and 52), are continued.

3 On or before September 22, 2010, the parties shall jointly file an abbreviated and amended Rule 26(f) report, a copy of which is attached.   Unless a party requests a conference with the court, the parties' amended Rule 26(f) Report will provide the basis for the court's case progression order and no telephonic planning conference will be held before a final progression schedule is entered for this case.

DATED this 25th day of August, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **RULE 26(F) REPORT** |
| | ) | |
| , | ) | |
| | ) | |
| Defendant. | ) | |

The following attorneys conferred to prepare the Report of Parties' Planning Conference:

    For the Plaintiff(s):

    For the Defendant(s):

The parties discussed the case and jointly make the following report:

A.    Motions to amend the pleadings or to add parties shall be filed by _____.
    **Note**:  The parties may agree on separate dates for plaintiff(s) and defendant(s).

B.    Experts and, unless otherwise agreed, expert reports shall be served by _____.
    **Note**:  The parties may agree on separate dates for plaintiff(s) and defendant(s).

C.    Discovery, including depositions, will be completed by _____.

D.    Motions to dismiss, motions for summary judgment, or motions to exclude expert testimony on *Daubert* and related grounds will be filed by _____.

E.    Other matters to which the parties stipulate and/or which the court should know or consider: _____.

F.    This case will be ready for trial before the court by:  (month, year) . The anticipated length of trial is _____ days.

    Dated:_____

_____    _____
Counsel for Plaintiff(s)                                  Counsel for Defendant(s)