IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| J. CHRISTOPHER THOMAS, Individually and as Trustee of, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3143 |
| v. | ) ) | |
| VISTA A&S 2006-1 LLC, a Nebraska limited liability company, et. al., | ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

IT IS ORDERED:

1) The defendants' unopposed joint motion for continuance of the deadline for filing of the amended Rule 26(f) Report, (filing no. 92), is granted.

2) The deadline for the amended Rule 26(f) Report is extended to two weeks after the Court's ruling on the anticipated Motion to Consolidate.

Dated this 17th day of September, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge