IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J. CHRISTOPHER THOMAS, Individually and as Trustee of U/A/W J. Christopher, Settlor,<br><br>        Plaintiff,<br><br>        v.<br><br>VISTA A&S 2006-1 LLC, a Nebraska limited liability company, et. al.,<br><br>        Defendants/Third-Party Plaintiffs,<br><br>        v.<br><br>JOHN M. CAPITO, Jr.,<br><br>        Third-Party Defendant. | 4:09CV3143<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) On or before April 28, 2011:

   a. John M. Capito, Jr. shall file his response to the motion to stay (filing no. 135) filed by the plaintiff and Vista Defendants; and

   b. The plaintiff and Vista defendants shall supplement their motion to stay to indicate the length of stay requested and the reason for requesting that length of stay.

2) Pending a ruling on the motion to stay, (filing no. 135), all deadlines for this case, including but not limited to the deadline for responding to the plaintiff's pending motion for summary judgment (filing no. 132), are stayed.

April 21, 2011.                                    BY THE COURT:

                                                   *s/ Cheryl R. Zwart*
                                                   United States Magistrate Judge