IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J. CHRISTOPHER THOMAS, Individually and as Trustee of U/A/W J. Christopher, Settlor,<br><br>    Plaintiff,<br><br>    v.<br><br>VISTA A&S 2006-1 LLC, a Nebraska limited liability company, et al.,<br><br>    Defendants/Third-Party Plaintiffs,<br><br>    v.<br><br>JOHN M. CAPITO, JR.,<br><br>    Third-Party Defendant. | 4:09CV3143<br><br>**MEMORANDUM AND ORDER** |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (filing 140) and Fed. R. Civ. P. 41,

IT IS ORDERED:

1. All of plaintiff J. Christopher Thomas' claims in this action are dismissed with prejudice, with each party to bear its or their own costs;

2. This order does not affect the third-party claims filed by defendants Vista A&S 2006-1 LLC, Vista Oil & Gas, Inc., David M. Nicklas, and Clark R. Nicklas against John M. Capito, Jr., or Mr. Capito's counterclaims against such defendants,

and such claims and counterclaims shall remain pending;

3. The motion for summary judgment filed by plaintiff J. Christopher Thomas (filing 132) is denied as moot; and

4. Judgment shall be withheld pending final determination of all remaining claims in this case.

DATED this 29th day of June, 2011.

                                                   BY THE COURT:
                                                 s/ *Richard G. Kopf*
                                               United States District Judge